## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AQUILES CONDE-SHENERY                    :
                                         :
          Plaintiff,                     :
     v.                                  :    3:18-CV-2338
                                         :    (JUDGE MARIANI)
DETECTIVE DAVID RODICK, et al.,          :
                                         :
          Defendants.                    :

## ORDER

AND NOW, THIS _2·ND___ DAY OF JANUARY, 2020, upon review of Chief

Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 33) for clear error

or manifest injustice,[1] **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 33) is **ADOPTED** for the reasons set forth therein.

2. Defendants' Motion to Dismiss (Doc. 24) is **GRANTED IN PART AND DENIED IN**

   **PART AS FOLLOWS:**

   a. Defendants' Motion is **GRANTED** with respect to Plaintiff's Fourteenth

      Amendment due process and Fourth Amendment false arrest claims.

   b. Defendants' Motion is **DENIED** with respect to Plaintiff's Fourth Amendment

      malicious prosecution claims.

---

[1] The Court notes that in an attempt to ensure that Plaintiff received the pending R&R and had an adequate opportunity to file any Objections should he so choose, the R&R was sent to SCI-Albion on November 5, 2019, and the Carbon County Prison on December 13, 2019. Further review of the Pennsylvania Department of Corrections – Inmate Locator – also indicates that Plaintiff is currently incarcerated at SCI-Albion. No objections have been filed.

3. This action is **REMANDED** to Chief Magistrate Judge Schwab for further pretrial proceedings consistent with this Order.

Robert D. Mariani
United States District Judge