# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AQUILES CONDE-SHENERY, | : | CIVIL NO.: 3:18-CV-02338 |
| Plaintiff, | : | (Judge Mariani) |
| v. | : | (Chief Magistrate Judge Schwab) |
| DETECTIVE DAVID RODICK, *et al*., | : | |
| Defendants. | : | |

## ORDER
April 6, 2020

On March 16, 2020, Conde-Shenery filed a motion for leave to amend his complaint (*doc. 55*). He also filed a proposed second amended complaint (*doc. 56*), which the Clerk of Court incorrectly docketed as a second amended complaint.

Local Rule 7.5 provides:

> Within fourteen (14) days after the filing of any motion, the party filing the motion shall file a brief in support of the motion. If the motion seeks a protective order, a supporting brief shall be filed with the motion. If a supporting brief is not filed within the time provided in this rule the motion shall be deemed to be withdrawn. A brief shall not be required: (a) In support of a motion for enlargement of time if the reasons for the request are fully stated in the motion, (b) In support of any motion which has concurrence of all parties, and the reasons for the motion and the relief sought are fully stated therein, or (c) In support of a motion for appointment of counsel.

Because Conde-Shenery has not filed a brief in support of his motion for leave to amend, that motion is deemed withdrawn in accordance with Local Rule 7.5.

**IT IS ORDERED** that Conde-Shenery's motion for leave to amend (*doc. 55*) is deemed **WITHDRAWN**. **IT IS FURTHER ORDERED** that the Clerk of Court is directed to correct to the docket to reflect that Document 56 is a proposed second amended complaint, rather than a second amended complaint.

<u>*S/Susan E. Schwab*</u>
Susan E. Schwab
Chief United States Magistrate Judge