# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AQUILES CONDE-SHENERY, | : | CIVIL NO.: 3:18-CV-02338 |
| Plaintiff, | : | (Judge Mariani) |
| v. | : | (Chief Magistrate Judge Schwab) |
| DETECTIVE DAVID RODICK, *et al.*, | : | |
| Defendants. | : | |

## ORDER
June 8, 2020

Following a conference with the parties and in accordance with the discussion at that conference, **IT IS ORDERED** that Conde-Shenery's request (*doc. 63*) to reinstate his motion for leave to amend is **DENIED** as we are at the summary-judgment stage and his request to amend was not timely submitted, leave to amend at this stage would prejudice the defendants, and leave to amend would be futile as to several of the defendants that Conde-Shenery seeks to add to this case. **IT IS FURTHER ORDERED** that given that Conde-Shenery is proceeding

*pro se*, the defendants' motion (*doc. 65*) to strike Conde-Shenery's sur-reply brief (*doc. 62*) is **DENIED.**

<u>*S/Susan E. Schwab*</u>
Susan E. Schwab
Chief United States Magistrate Judge
