UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AQUILES CONDE-SHENERY, | : | CIVIL NO.: 3:18-CV-02338 |
| Plaintiff, | : | |
| v. | : | (Chief Magistrate Judge Schwab) |
| DETECTIVE DAVID RODICK, *et al.*, | : | |
| Defendants. | : | |

# ORDER
August 28, 2020

In accordance with the Memorandum Opinion issued this date, **IT IS ORDERED** that the defendants' motion for summary judgment (*doc. 40*) is **GRANTED**, and the plaintiff's motion for summary judgment (*doc. 47*) is **DENIED**. The Clerk of Court shall enter judgment in favor of the defendants.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge